NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


KW 05-448 C/W KW 05-468


STATE OF LOUISIANA

VERSUS

CHAD ZENO AND TELLIS VALLIER


\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 102636
HONORABLE DURWOOD CONQUE, PRESIDING
\*\*\*\*\*\*\*\*\*\*


**SYLVIA R. COOKS**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, Oswald A. Decuir and Jimmie C. Peters, Judges.

**WRITS DENIED.**


**David F. Hutchins**
**Assistant District Attorney**
**Courthouse Building**
**P.O. Box 3306**
**Lafayette, LA 70502**
**(337) 232-5170**
**COUNSEL FOR APPELLEE:**
        **State of Louisiana**

**Charles G. Gravel**
**Gravel & Cespiva**
**P.O. Box 1792**
**Alexandria, LA 71309-1792**
**(318) 487-4501**
**COUNSEL FOR DEFENDANT-APPELLANT:**
        **Tellis Vallier**

**Alfred F. Boustany, II**
**421 W. Vermilion St.**

**P.O. Box 4626**
**Lafayette, LA 70502-4626**
**(337) 261-0225**
**COUNSEL FOR DEFENDANT-APPELLANT:**
   **Chad Zeno**